USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 2/25/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAN DIESEL, SE, F/K/A MAN B&W DIESEL, AG

                        Plaintiff,                              08 Civ. 10070 ( LAK )

   -against-                                                      **TURNOVER ORDER**

COTE D'AZUR SHIPPING LIMITED

                        Defendant.
------------------------------------------------------------X

        The Clerk having entered Judgment on February 24, 2009 in favor of plaintiff in the amount of $175,865.17 it is herby

        ORDERED, that garnishee bank Citibank shall pay $138,350.00 plus any accrued interest *[not to exceed a total of $144,785.62,]* held by said garnishee bank and Wachovia Bank shall pay $29,548.09 *[not to exceed a total of $31,078.55,]* plus any accrued interest held by said garnishee bank in accordance with letters of instructions issued to said garnishee banks by plaintiff's counsel MAHONEY & KEANE, LLP.

Dated: New York, New York
          February 25, 2009

S O  O R D E R E D :

_____
                U.S.D.J.